

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUMERCINDO RAMOS RAMOS,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>Respondents. | Case No.:  25-CV-3726 JLS (DEB)<br><br>**ORDER DISMISSING CASE**<br><br>(ECF No. 10) |

On December 30, 2025, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 6), and Petitioner was released from custody (ECF No. 8).  Petitioner's attorney requested attorney's fees under the Equal Access to Justice Act.  *See* ECF No. 1 at 13.  On January 28, 2026, the Court extended Petitioner's counsel's deadline to submit an attorney fee application and corresponding billing records to March 23, 2026.  ECF No. 10 at 1.  Petitioner's counsel has yet to file an attorney fee application.  *See generally* Docket.

/ / /

/ / /

/ / /

25-CV-3726 JLS (DEB)

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**.  As this concludes the litigation in the matter, the Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  March 25, 2026

Hon. Janis L. Sammartino
United States District Judge

25-CV-3726 JLS (DEB)